Before The First Division, January 19, 1944

**No. 49140.**—Protests 103461–K, etc., of Schieffelin & Co. et al. (New York).

Opinion by Oliver, P. J.   The collector's letter and also a statement of goods remaining in warehouse on the effective date of said trade agreement were admitted in evidence at the trial without objection by the Government.   As the bottles in question were withdrawn from warehouse subsequent to the effective date of said trade agreement, the claim at ⅛ cent per pound was sustained.

**No. 49141.**—Protests 102772–K, etc., of Meyer & Lange et al. (New York).

Opinion by Oliver, P. J.   The collector's letter and also a statement of goods remaining in warehouse on the effective date of said trade agreement were admitted in evidence at the trial without objection by the Government.   As the bottles in question were withdrawn from warehouse subsequent to the effective date of said trade agreement, the claim at ⅛ cent per pound was sustained.

**No. 49142.**—Protests 832964–G/85888, etc., of Chinese Trading Co. (Chicago).

Opinion by Cole, J.   The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247).   In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5 (chemical compounds).   The protests were sustained to this extent.

**No. 49143.**—Protests 22232–K/89049, etc., of Quong Yick Co. (Chicago).

Opinion by Cole, J.   The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247).   In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5 (chemical compounds).   The protests were sustained to this extent.

**No. 49144.**—Protests 68745–K, etc., of Tuck Cheong & Co.   (Baltimore).